MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL HUAZO-JARDINEZ,<br><br>Defendant. | CASE NO. 2:20-MJ-144-CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: December 2, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James R. Conolly, and defendant Ismael Huazo-Jardinez, both individually and by and through his counsel of record, Jesse Santana, hereby stipulate as follows:

1. The Complaint in this case was filed on September 16, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 7, 2019. At the defendant's request, citing time needed for defense counsel preparation, the court set a preliminary hearing date of December 2, 2020, and the defendant agreed to waive any time beyond the 14 days after the initial appearance.

2. By this stipulation, the parties jointly now move for an extension of time of the preliminary hearing date to February 22, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, which is impacted in part by defense counsel's

STIPULATION                                        1

schedule of trials and the logistical requirements caused by the COVID-19 pandemic for all court proceedings, as well as for the government's continuing investigation of the case. The defendant waives the additional time between December 2, 2020, and February 22, 2021, and parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 2, 2020, and February 22, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: November 19, 2020        M<small>C</small>GREGOR W. SCOTT
                                United States Attorney


                                /s/ JAMES R. CONOLLY
                                JAMES R. CONOLLY
                                Assistant United States Attorney


Dated: November 19, 2020        /s/ JESSE SANTANA
                                JESSE SANTANA
                                Counsel for Defendant
                                ISMAEL HUAZO-JARDINEZ

S<small>TIPULATION</small>                    2

1  McGREGOR W. SCOTT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-154-AC |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| ISMAEL HUAZO-JARDINEZ, | DATE: December 2, 2020 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 19, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The date of the preliminary hearing is extended to February 22, 2021, at 2:00 p.m.

    2.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

    3.    The time between December 2, 2020, and February 22, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  November 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE